UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CSI CONSTRUCTION COMPANY, a Colorado corporation,<br><br>                    Plaintiff,<br><br>          v.<br><br>ESTATE OF GARY PRICE,<br><br>                    Defendant. | No.  4:14-CV-5035-EFS<br><br>**ORDER DISMISSING CASE** |

On November 11, 2013, Plaintiff CSI Construction Company filed its complaint in the U.S. District Court for the District of Oregon naming two defendants: Campbell's Siding & Windows and Gary Price. ECF No. 1. On January 6, 2014, Defendants filed their answer. ECF No. 9. On March 14, 2014, the parties agreed to transfer this case to the Eastern District of Washington after which discovery commenced. ECF No. 13. On July 10, 2015, the Court received notice that Defendant Gary Price died. ECF No. 31. The Court struck all deadlines and the trial date. ECF No. 31. On September 24, 2015, Plaintiff filed a motion to substitute the Estate of Gary Price in as a defendant arguing that the death of Mr. Price did not extinguish the claims. ECF No. 35. The Court granted the motion, removed Gary Price as a defendant, and substituted the Estate of Gary Price in as a

defendant. ECF No. 37. The Court ordered that Plaintiff serve the Court's order on the Estate of Gary Price, which it did. *Id*.

On February 12, 2016, the Plaintiff and Defendant Campbell's Siding & Windows reached a settlement and stipulated to dismissal of the case against Campbell's Siding & Windows. The Court granted the stipulation and dismissed Campbell's Siding & Windows as a defendant in this matter.

On March 7, 2016, Plaintiff filed a notice of voluntary dismissal. ECF No. 41. Because Defendant Estate of Gary Price never filed an answer or motion for summary judgment, pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff may dismiss this action without a Court order. Therefore, consistent with Plaintiff's notice and Federal Rule of Civil Procedure 41(a), **IT IS HEREBY ORDERED:**

1.   Plaintiff's Notice of Dismissal Without Prejudice, **ECF No. 41**, is **GRANTED.**

2.   All claims are **DISMISSED WITHOUT PREJUDICE,** with all parties to bear their own costs and attorneys' fees.

3.   All pending motions are **DENIED AS MOOT.**

4.   All hearings and other deadlines are **STRICKEN.**

5.   The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this  8th  day of March 2016.

_____
s/Edward F. Shea
EDWARD F. SHEA
Senior United States District Judge

Q:\EFS\Civil\2014\5035.ord.grant.dismissal.lc2.docx